UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3543

LUIS ANTONIO ROSALES MANRRIQUEZ,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA,
Respondent

(Agency No. A216-266-881)

Present: AMBRO, GREENAWAY, JR. and PORTER, Circuit Judges

1. Motion by Respondent Attorney General United States of America to amend opinion dated 04/08/2020.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing motion is granted in part. The Clerk is directed to file the amended opinion submitted with this motion.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: May 22, 2020
JK/cc: Luis Antonio Rosales Manrriquez
     Brendan P. Hogan, Esq.